MOUNT LAUREL TOWNSHIP, PLAINTIFF-APPELLANT, v. LOCAL FINANCE BOARD OF THE DEPARTMENT OF COMMUNITY AFFAIRS, DEFENDANT-RESPONDENT.

Argued February 21, 1979—Decided March 16, 1979.

*Mr. John W. Trimble* argued the cause for appellant (*Messrs. Trimble & Master,* attorneys).

*Mr. Daniel P. Reynolds,* Deputy Attorney General, argued the cause for respondent (*Mr. John J. Degnan,* Attorney General of New Jersey, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel; *Mr. Benjamin D. Lambert,* Deputy Attorney General, on the brief).

PER CURIAM. We affirm essentially for the reasons stated in the Appellate Division opinion, reported at 166 *N. J. Super.* 254 (1978). Only under limited circumstances, not here pertinent, may a municipal expenditure be made prior to an appropriation. See, e. g., *Home Owners Construction Co. v. Borough of Glen Rock,* 34 *N. J.* 305, 315–316 (1961); *Essex Cty. Bd. of Taxation v. City of Newark,* 73 *N. J.* 69, 74 (1977).

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.